## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: } | |
| } | CHAPTER 13 |
| JAMES ENNIS, } | |
| } | CASE NO. 18-68182-SMS |
| Debtor. } | |

## MOTION FOR VOLUNTARY DISMISSAL

COMES NOW, James Ennis, named as Debtor herein, by and through the undersigned counsel and brings this Motion for Voluntary Dismissal, as follows:

1.

The case was filed on October 30, 2018.

2.

Debtor wishes to have his case voluntarily dismissed.

**WHEREFORE**, Debtor's pray for relief in the following manner:

a. That this motion be read and considered.

b. That the case be voluntarily dismissed.

c. That the Debtor receives such other and further relief as the Court deems just, equitable and proper.

This 12th day of November, 2018.

BY: ___/s/_____
David E. Galler
Georgia Bar Number 283015

Galler Law, LLC
875 Old Roswell Road
B100
Roswell, GA 30076
T – 678-310-9088
david@gallerlaw.com

STATE OF GEORGIA
COUNTY OF CHEROKEE

VERIFICATION

The below signed hereby swears or attests that the foregoing Motion for Voluntary Dismissal is true and correct to the best of their knowledge, information and belief.

This 12th day of November, 2018.

\_\_\_\_\_/s/_____
James Ennis

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: } | |
| } | CHAPTER 13 |
| JAMES ENNIS, } | |
| } | CASE NO. 18-68182-SMS |
| Debtor. } | |

**CERTIFICATE OF SERVICE**

I, **Karen Shepard**, certify that I am over the age of 18 and that on November 12, 2018, I served a copy of the foregoing **Motion for Voluntary Dismissal** by first CM/ECF transmission and/or first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated below:

Mary Ida Townson, Chapter 13 Trustee
*Via CM/ECF*

James Ennis, Debtor
113 Windsong Trail
Canton, GA 30114
*Via First Class U.S. Mail*

ALL CREDITORS ON ATTACHED MAILING MATRIX
*Via First Class U.S. Mail*

    This 12th day of November, 2018.

    /s/
Karen Shepard, Legal Assistant To
David Galler, Esquire
Galler Law, LLC
875 Old Roswell Road
B-100
Roswell, GA 30076
Tel: 678-310-9088
Karen@gallerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-68182-sms<br>Northern District of Georgia<br>Atlanta<br>Mon Nov 12 12:27:06 EST 2018 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | James Ennis<br>113 Windsong Trial<br>Canton, GA 30114-6659 |
| GTE Financial (dba) GTE Federal CU<br>711 E Henderson Ave<br>Tampa, FL 33602-2509 | GTE Financial (dba) GTE Federal CU<br>Attn: Bankruptcy<br>Po Box 172599<br>Tampa, FL 33672-0599 | David E. Galler<br>Galler Law, LLC<br>P. O. Box 2118<br>Roswell, GA 30077-2118 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>CENTRALIZED INSOLVENCY OPERATI<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 | LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding/Resurgent Capital<br>Po Box 1269<br>Greenville, SC 29602-1269 |
| Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | US Deptartment of Education/Great Lakes<br>Po Box 7860<br>Madison, WI 53707-7860 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 | (d)Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Georgia Deparment of Revenue<br>Compliance Divsion<br>1800 Century Blvd NE Ste 9100<br>Atlanta, GA 30345-3202 |
| Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |